UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHN EWING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| FEDERAL BUREAU OF ) | No. 5:11-CV-344-FL |
| INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on December 5, 2011, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed as frivolous and plaintiff's motion to expedite is denied as moot. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on December 6, 2011, and Copies To:**

John Ewing (via U.S. Mail) Butner - F.M.C., PO Box 1600, Butner, NC 27509


December 6, 2011         DENNIS P. IAVARONE, CLERK
                           /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk